UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Selene Elizabeth BARRAZA,<br><br>Defendant. | Case No.: 20MJ0933<br><br>COMPLAINT FOR VIOLATION OF<br><br>18 U.S.C. § 545<br>Smuggling Goods Into the United States (Felony)<br>18 U.S.C. § 2<br>Aiding and Abetting |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about February 26, 2020, within the Southern District of California, defendant Selene Elizabeth BARRAZA did knowingly and willfully, with the intent to defraud the United States, smuggle and clandestinely introduce, and attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, 12 one-liter bottles of "Metaldane 600," 6 one-liter bottles of "FURADAN," and 6 one-kilogram packages of "Raizal," and Mexican fertilizer, that is, 1 twenty-five kilogram bag of "Haifa MAP," in violation of Title 18, United States Code, Sections 545 and 2.

//

//

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Michael Lesley, Special Agent
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2ⁿᵈ DAY OF MARCH 2020.

_____
HON. LINDA LOPEZ
U.S. MAGISTRATE JUDGE

2

United States of America
   v.
Selene Elizabeth BARRAZA

## PROBABLE CAUSE STATEMENT

I, Special Agent Michael Lesley, declare under penalty of perjury, the following is true and correct:

At about 10:17 p.m. on February 26, 2020, Selene Elizabeth BARRAZA entered the United States at the San Ysidro Port of Entry (POE) as the driver of a red 2012 Chevy Traverse, bearing California license plates, with her 3-year-old son as a passenger. BARRAZA attempted to make entry in the SENTRI/GLOBAL ENTRY lane, but she was not registered in either the SENTRI or GLOBAL ENTRY programs. A Customs and Border Protection (CBP) Officer contacted BARRAZA and asked her twice what she had to declare from Mexico. BARAZZA twice stated she had nothing to declare. The CBP Officer then asked BARRAZA to open her trunk, and while inspecting the trunk he found a different license plate than the ones that were displayed on the vehicle. The CBP Officer then directed BARRAZA to proceed to the Vehicle Secondary Lot for additional inspection.

A second CBP Officer performed an inspection of the vehicle. He found a white container of what appeared to be pesticide under the middle row seat of the vehicle. A third CBP Officer then conducted a further inspection and located 12 one-liter bottles of "METALDANE 600," 6 one-liter bottles of "Furadan," 6 one-

kilogram packages of "Raizal 400," and 1 twenty-five kilogram bag of "Haifa MAP."

After being advised of her Constitutional rights and waiving her rights in writing, BARRAZA stated that she purchased the pesticides at a store in Tijuana, Mexico. BARRAZA initially claimed that the pesticides were for use at her house and at her friend's ranch in Corcoran, California, in order to grow corn, cucumbers, and tomatoes. BARRAZA then claimed that the pesticides were intended to be sold for use in marijuana cultivation.

According to the labels, the twelve bottles of "METALDANE 600" contained one liter of pesticide each and had the active ingredient methamidophos at a concentration of 48.3%. Special Agents from the Environmental Protection Agency – Criminal Investigation Division (EPA-CID) advised that in the United States, methamidophos is a cancelled pesticide, due to the fact that it is lethal if ingested, absorbed through the skin, or inhaled; highly toxic to bees; very highly toxic to birds; highly toxic to mammals; very highly toxic to freshwater invertebrates; toxic to estuarine and marine fish and invertebrates; capable of entering surface water as runoff; and a risk to drinking water.

According to the labels, the six bottles of "Furadan" contained active ingredient carbofuran, at a concentration of 33.21%. EPA-CID Special Agents advised that in the United States, carbofuran is a cancelled pesticide, due to the fact

that it is lethal if ingested, absorbed through the skin, or inhaled; highly toxic to bees, birds, and mammals; very highly toxic to freshwater and estuarine/marine fish; highly mobile in soils and can therefore leach into groundwater and enter surface water as runoff; and a risk to drinking water especially for children.

According to the labels, the six packages of "Raizal 400" contained a fertilizer mix of nitrogen, phosphate, potassium, magnesium, and sulfur and the active ingredient auxinic complex, at a concentration of 400 ppm. EPA-CID Special Agents advised that in the United States, the pesticide auxinic complex is a plant-growth regulator and, according to the Mexican product website, is a hormonal complex designed to achieve a better root outbreak and faster and more vigorous growth for crops.

According to the label, the bag of "Haifa MAP" contained a fertilizer mix of phosphate and nitrogen designed for water irrigation and foliar sprays.

Federal law also prohibits the distribution and sale of canceled or unregistered pesticides. 7 U.S.C. §136j(a)(1)(A). Only pesticides registered with the Environmental Protection Agency (EPA) may be imported or sold in the United States. 7 U.S.C. §136o(c). All pesticides intended for use in the United States must bear their EPA registration number on their labels, preceded by the phrase "EPA Registration No." or "EPA Reg. No." 40 C.F.R. §156.10(e). In addition, all required information on a label must appear in the English language.

40 C.F.R. §156.10(a)(3). The containers and bags of pesticides found with BARRAZA were labeled only in Spanish and bore no EPA registration numbers.

The lawful importation of pesticides into the United States requires a Notice of Arrival to be provided to U.S. Customs, pursuant to 19 CFR 12.112. BARRAZA provided no such Notice of Arrival for the pesticides in this case.

BARRAZA was served with a Notice to Appear on March 4, 2020, on the charge of Smuggling, in violation of 18 USC § 545.